UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LINDA FAYE MYERS**

        Plaintiff(s),        CASE NUMBER: 10-11818
                                          HONORABLE VICTORIA A. ROBERTS

v.

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On February 18, 2011, Magistrate Judge Mark A. Randon submitted a Report and Recommendation (Doc. 11) recommending that the Court: (1) GRANT Plaintiff's Motion for Summary Judgment (Doc. 9); and (2) DENY Defendant's Motion for Summary Judgment (Doc. 10).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **GRANTS** Plaintiff's motion; (2) **DENIES** Defendant's motion; and (3) **REMANDS** the case to the Commissioner to properly address medical evaluations by Plaintiff's treating physicians.

        **IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                                **Victoria A. Roberts**
                                                **United States District Judge**

**Dated: April 12, 2011**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 12, 2011.**

**s/Carol A. Pinegar**
**Deputy Clerk**